IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:25-cv-256

| | | |
|---|---|---|
| Jennifer Antonette Webster | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| John Doe, a.k.a. BenedictArnold, | ) | |
| a.k.a. POTC | ) | |
| | ) | |
| Defendant. | | |

Plaintiff, Jennifer Antonette Webster, complaining of Defendant alleges and says:

## NATURE OF THE PETITION

1. This is an action for violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202 et. seq. (hereinafter DMCA).

## THE PARTIES

2. Plaintiff, Jennifer Antonette Webster (hereinafter "Webster"), is a citizen and resident of Pender County, North Carolina. Webster is also a personal trainer, model, and content creator who has created a valuable catalog of photographs and videos that she monetizes using an account on the social media platform OnlyFans.

3. Upon information and belief, defendant John Doe (hereinafter "Doe") is an individual operating the account @u440103328 on the social media site OnlyFans under the alias "POTC" (hereinafter, the "POTC Account") and operating an account at the online image hosting and photo sharing site pimpandhost.com (hereinafter "P&H") at

1

https://pimpandhost.com/album/user/292945 under the alias "BenedictArnold" having the unique P&H user number 292945 (hereinafter, the "BenedictArnold Account").

## JURISDICTION AND VENUE

4. This Court has original and exclusive federal question jurisdiction over the DMCA claims asserted herein pursuant to 17 U.S.C. § 101 et seq. and 28 U.S.C. §§ 1331, 1338(a).

5. Upon information and belief, Doe entered into a contract with Webster while Webster was resident, and operating her modeling business within, the state of North Carolina (hereinafter, the "Contract"). Under the Contract, Doe agreed to pay a fee in exchange for a license granted by Webster to access certain visual works. Doe has committed violations of the DMCA with respect to visual works licensed under the Contract. Accordingly, the Court has personal jurisdiction over the Defendant.

6. Webster is in the business of creating visual works within the State of North Carolina and monetizes those works from the State of North Carolina via OnlyFans. Doe was aware that his intentional violations of the DMCA would injure Webster wherever she resided and operated her business. The Court has personal jurisdiction over Defendant for this additional reason.

7. This DMCA action arises out of things value (i.e., visual works) distributed from the State of North Carolina via OnlyFans to Doe at Doe's direction. The Court has personal jurisdiction over Defendant for this yet additional reason.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and 1400(a).

# BACKGROUND

9. Webster operates an account on OnlyFans under various pseudonyms that have historically served to protect Webster's true identity, the most recent of which was the username modellifewife_xoxo, with usernames Positivevibes_xoxo and no_tanlines_xoxo being used previously (the "OF Account").

10. OnlyFans allows content creators to charge a subscription fee to other users (i.e., "Fans") who want to see their content.

11. On September 1, 2024, Webster posted a short video of herself (hereinafter, the "Video") to her OF Account under her no_tanlines_xoxo username, a representative image of which is shown in Exhibit A.

12. OnlyFans provides a digital watermarking service that allows users to insert copyright management information (CMI) into uploaded content, which will appear as a faint textual watermark.

13. Webster regularly uses the OnlyFans digital watermarking service to insert CMI into the content she uploads to OnlyFans, as shown at the bottom of the example image above. The CMI is a link to her OF Account, which serves to identify the owner of the content, the performer within the content, and where further CMI may be found.

14. Webster's OF Account includes the following copyright notice:

> All photos & videos appearing on the Onlyfans website unser no_tanlines_xoxo (NTL)/ Jenerate_Positivity (JP)/ positivevibes_xoxo (PV), modellifewife_xoxo (MLW) are the exclusive property of NTL/JP/PV/MLW and are under the United States and International Copyright Laws. The images may not be reproduced, copied, transmitted or manipulated without the written permission of NTL/JP/PV/MLW. These copyright laws impose substantial penalties for infringement & violators will be prosecuted to the fullest extent of the law.

15. On September 15, 2024, Webster discovered that a screenshot of the Video (hereinafter, the "Screenshot") was uploaded to an album named "Jenerate_Positivity – OnlyFans" by user BenedictArnold to the BenedictArnold Account on P&H, as shown in Exhibit B.

16. The Screenshot shows that it was taken by an OnlyFans user whose subscription was scheduled to end on September 26, 2024, as shown in the excerpt from Exhibit B below.



17. The Screenshot also shows that it was taken by an OnlyFans user having a profile icon that included the initials "PO," as shown in the excerpt from Exhibit B below.



18. Webster only had one OnlyFans subscriber whose subscription expired September 26, 2024 and who had a profile icon including the initials "PO," which was a user named POTC having unique user identifier @u440103328 (hereinafter, the "POTC Account").

19. On Sept. 19, 2024, at Webster's request, OnlyFans banned the owner of the POTC Account for violating their terms of service at least in part due to the Screenshot being posted to the BenedictArnold Account.

20. On or about June 25, 2024, the photo shown in Exhibit C was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

21. On or about September 5, 2024, a video that included the still frame shown in Exhibit D was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

22. The images shown in Exhibits C and D were subsequently found, with the CMI cropped out, posted to the BenedictArnold account as a profile banner and as a profile avatar image, respectively, for the BenedictArnold Account, as shown in Exhibit E.

23. On or about May 20, 2024, the photo shown in Exhibit F was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

24. On or about May 20, 2024, the photo shown in Exhibit G was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

25. The photos shown in Exhibits F and G were subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit H.

26. On or about April 2, 2024, photo shown in Exhibit I was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

27. The photo shown in Exhibit I was subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit J.

28. On or about Apr. 2, 2024, the photo shown in Exhibit K was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

29. The photo shown in Exhibit K was subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit L.

30. On or about June 16, 2024, the photo shown in Exhibit M was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

31. The image shown in Exhibit M was subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit N.

32. On or about June 16, 2024, the photo shown in Exhibit O was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

33. The photo shown in Exhibit O was subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit P.

34. On or about May 29, 2024, the photo shown in Exhibit Q was posted to Webster's OF Account with CMI using her no_tanlines_xoxo username.

35. The photo shown in Exhibit Q was subsequently found posted to the BenedictArnold account with the CMI cropped out, as shown in Exhibit R.

36. On September 15, 2024, Webster messaged the BenedictArnold account via a messaging function provided by P&H, asking that Doe remove Webster's visual works, including (but not limited to) the images shown in the Exhibits that had CMI cropped out. On April 18, 2025, Doe refused to do so, as shown in Exhibit S.

37. Upon information and belief, the versions of Webster's images with CMI removed shown in Exhibits E, H, J, L, N, P, and R remained available via the BenedictArnold Account until Webster messaged Doe via P&H and insinuated that she knew Doe's true identity.

In response, Doe deleted the BenedictArnold Account, including the images shown in Exhibits B, E, H, J, L, N, P, and R posted thereto.

## COUNT 1 – DMCA VIOLATION

38. Plaintiff repeats and realleges Paragraphs 1 – 37 of the Complaint.

39. Upon information and belief, Defendant intentionally removed or altered CMI from the images shown in Exhibits C, D, F, G, I, K, M, O, and Q, knowing or having reasonable grounds to know, that such acts will induce, enable, facilitate, or conceal an infringement of Plaintiff's copyright in violation 17 U.S. C. §1202(b)(1).

40. Upon information and belief, Defendant distributed copies of the images shown in Exhibits C, D, F, G, I, K, M, O, and Q as shown in Exhibits E, H, J, L, N, P, and R, knowing that CMI had been removed and knowing or having reasonable grounds to know, that such acts will induce, enable, facilitate, or conceal an infringement of Plaintiff's copyright in violation 17 U.S. C. §1202(b)(3).

41. The DMCA violations as herein alleged were done deliberately and with willful disregard of the rights of others, and particularly Plaintiff.

42. Upon information and belief, Defendant's acts have caused actual injury to Plaintiff in the form of lost profits and loss of control over her copyrighted works.

## JURY DEMAND

Plaintiff, pursuant to FED. R. CIV. P. 38(b), hereby demands a trial by jury in this action on all issues so triable of right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that:

1. Plaintiff be awarded actual damages suffered by Plaintiff as a result of the violation;

2. Plaintiff be awarded profits made by Defendant attributable to the violation;

3. Plaintiff be awarded statutory damages pursuant to 17 U.S.C. § 1203(c)(3) for Defendant's violations of 17 U.S.C. §1202;

4. Plaintiff be awarded all costs of this action;

5. Plaintiff be awarded its reasonable attorney's fees;

6. Defendant, and all persons acting in concert with Defendant, be enjoined from directly or indirectly engaging in further acts in violation of 17 U.S.C. § 1202, including but not limited to the removal or alteration of CMI from Plaintiff's works without authorization and the distribution of copies of Plaintiff's works having CMI removed;

7. Plaintiff be awarded prejudgment and post-judgment interest on all monetary awards, from the date of judgment until paid in full; and

8. Any other and further relief as the Court shall deem just and proper under the circumstances.

Dated: May 14, 2025

COATS AND BENNETT, PLLC

/s/     William G. Pagán
William G. Pagán
N.C. State Bar No. 47996
David E. Bennett
N.C. State Bar No. 12864
1400 Crescent Green Drive, Suite 300
Cary, NC 27518
Phone/Fax: (919) 854-1844
wpagan@coatsandbennett.com
dbennett@coatsandbennett.com

***ATTORNEYS FOR PLAINTIFF***